# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBERTA WATTS, MOTHER AND NEXT OF KIN OF KALEB WATTS, DECEASED ) ) ) ) | |
| Plaintiff, ) | No. 4:24-CV-01475-SPM |
| vs. ) ) | |
| CITY OF BISMARCK, et al., ) ) | |
| Defendant. ) | |

## STIPULATION

COME NOW Plaintiffs and Defendants, by and through counsel, and enter into the following Stipulation:

1. In lieu of deposing Katie Roth, the parties stipulate and agree that her recorded statement (Bates No. D.1. 00397) is admissible in evidence, subject to relevance objections.

2. The parties further stipulate and agree that the full report of the Missouri Highway Patrol including all supplements, audio recordings, video recordings, photographs and other exhibits (Bates D.1.000111 – D.1.000628) is authentic and admissible as a business record, subject to other substantive or procedural objections.

Respectfully submitted,

HELLMICH, HILL & RETTER, LLC

By: /s/ *William A. Hellmich*
William A. Hellmich, #31182
Jason S. Retter, #59683
1049 N. Clay Ave.
Kirkwood, MO  63122
Phone:   314-646-1110
E-mail:  bill@hellmichhillretter.com
             jason@hellmichhillretter.com
*Attorneys for Defendants*

THE MEADOR LAW FIRM, LLC

By: /s/ *Ambry N. Emanuel*
    Ambry N. Emanuel, #66214
    7750 Clayton Road, Suite 307
    St. Louis, MO  63117
    Phone:   314-669-7292
    E-mail:   ambry@meadorlawfirm.com
    *Attorney for Plaintiff Roberta Watts*


THE CHAPEL LAW GROUP, LLC

By: /s/ *Nimrod T. Chapel*
    Nimrod T. Chapel #46875
    311 W. Dunklin
    Jefferson City, MO  65101
    Phone:   573-303-0405
    E-mail:   nimrod(ii)chapcllaw.com
    *Attorney for Plaintiff Franklin Watts*


**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 19, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of this Court's electronic filing system upon all counsel of record.

                                               /s/ William A. Hellmich